UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VLADIMIR STOJCEVSKI, et al

            Plaintiff(s),    Case No. 15-11019

v.    Judge  Linda V. Parker

MACOMB, COUNTY OF et al    Magistrate Judge  David R. Grand

            Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __40__, filed __November 9, 2015__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Richard Loury__ at __(810) 341-7064__.

DAVID J. WEAVER, CLERK OF COURT

Dated: __November 9, 2015__    s/ Richard Loury
                                                      Deputy Clerk