# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DAFINKA STOJCEVSKI, as Personal Representative of the Estate of DAVID STOJCEVSKI, Deceased,

    Plaintiff,

v.

COUNTY OF MACOMB, et al.,

    Defendants.

Case No. 15-cv-11019
Hon. Linda V. Parker
Mag. Judge David R. Grand

---

| | |
|---|---|
| IHRIE O'BRIEN<br>Robert D. Ihrie (P26451)<br>Harold A. Perakis (P35921)<br>Attorneys for Plaintiff<br>24055 Jefferson Avenue, Suite 2000<br>St. Clair Shores, MI 48080<br>(586) 778-7778<br>ihrieobrien@aol.com<br>hperakis@ihrieobrienlaw.com<br><br>MACOMB COUNTY CORPORATION COUNSEL<br>John A. Schapka (P36731)<br>Robert S. Gazall (P41350)<br>Attorneys for Macomb County Defendants<br>One S. Main Street, 8th Floor<br>Mount Clemens, MI 48043<br>(586) 469-6346<br>john.schapka@macombgov.org<br>robert.gazall@macombgov.org | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Correct Care Solutions Defendants<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com<br><br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>John T. Eads, III (P43815)<br>Cara M. Swindlehurst (P79953)<br>Co-Counsel for Macomb County Defendants<br>17197 N. Laurel Park Dr., Suite 201<br>Livonia, MI 48152<br>(313) 327-3100<br>John.Eads@wilsonelser.com<br>Cara.Swindlehurst@wilsonelser.com |

## DEFENDANTS CORRECT CARE SOLUTIONS, L.L.C.; MONICA CUENY; CHANTALLE BROCK; MICAL BEY-SHELLY; VICKY BERTRAM AND LAWRENCE SHERMAN, M.D.'S NOTICE OF WITHDRAWAL OF THEIR MOTION TO PRECLUDE PLAINTIFF FROM ELICITING EXPERT TESTIMONY FROM PLAINTIFF'S EXPERT ROBERT GREIFINGER, M.D. [DKT. NO. 191]

COMES NOW Defendants Correct Care Solutions, L.L.C.; Monica Cueny; Chantelle Brock; Mical Bey-Shelly; Vicky Bertram; and Lawrence Sherman, M.D. and per stipulation with all parties and the Court, moves to withdraw their pending Motion to Preclude Plaintiff From Eliciting Expert Testimony From Plaintiff's Expert Robert Greifinger, M.D., (**Dkt. No. 191**) without prejudice to refiling at a later date after the Court resets the calendar.

As stipulated by:

| | |
|---|---|
| */s/ Ronald W. Chapman Sr.* <br> Ronald W. Chapman Sr. (P37603) <br> Jonathan C. Lanesky (P59740) <br> Attorneys for CCS Defendants | */s/Harold A. Perakis* <br> Robert D. Ihrie (P26421) <br> Harold A. Perakis (P35921) <br> Attorneys for Plaintiff |
| */s/ Robert S. Gazall* <br> John A. Schapka (P36731) <br> Robert S. Gazall (P41350) <br> Attorneys for Macomb County Defendants | */s/ John T. Eads, III* <br> John T. Eads, III (P43815) <br> Cara M. Swindlehurst (P79953) <br> Co-Counsel for Macomb County Defendants |

Dated: February 21, 2020