## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DAFINKA STOJCEVSKI, as Personal
Representative of the Estate of DAVID
STOJCEVSKI, Deceased,

     Plaintiff,

v.

COUNTY OF MACOMB, et al.,

     Defendants.

Case No. 15-cv-11019
Hon. Linda V. Parker
Mag. Judge David R. Grand

---

IHRIE O'BRIEN
Robert D. Ihrie (P26451)
Harold A. Perakis (P35921)
Attorneys for Plaintiff
24055 Jefferson Avenue, Suite 2000
St. Clair Shores, MI 48080
(586) 778-7778
ihrieobrien@aol.com
hperakis@ihrieobrienlaw.com

MACOMB COUNTY
CORPORATION COUNSEL
John A. Schapka (P36731)
Robert S. Gazall (P41350)
Attorneys for Macomb County
Defendants
One S. Main Street, 8th Floor
Mount Clemens, MI 48043
(586) 469-6346
john.schapka@macombgov.org
robert.gazall@macombgov.org

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Attorneys for Correct Care Solutions
Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com

GORDON REES SCULLLY
MANSUKHANI, LLP
John T. Eads, III (P43815)
Cara M. Swindlehurst (P79953)
Co-Counsel for Macomb County
Defendants
400 Renaissance Center, Ste. 2600
(313) 426-9816
johneads@grsm.com
cswindlehurst@grsm.com

---

## STIPULATED ORDER OF DISMISSAL AS TO CORRECT CARE SOLUTIONS, LLC

NOW COMES Defendant CORRECT CARE SOLUTIONS, LLC, by and through its counsel, together with Plaintiff DAFINKA STOJCEVSKI, as Personal Representative of the Estate of DAVID STOJCEVSKI, deceased, by and through her counsel, hereby stipulates to the dismissal of this action against Defendant CORRECT CARE SOLUTIONS, LLC with prejudice and without costs, fees or attorney fees to any of the parties.

The Court, having reviewed the above stipulation, and being otherwise familiar in the premises:

**NOW THEREFORE IT IS HEREBY ORDERED THAT** this lawsuit is DISMISSED against Defendant CORRECT CARE SOLUTIONS, LLC with prejudice and without 42 U.S.C. § 1988 costs, fees or attorney fees to any party.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 19, 2022

Agreed to and Stipulated By:

/s/ Harold A. Perakis (with permission)
Harold A. Perakis (P35921)
Attorney for Plaintiff
24055 Jefferson Avenue, Suite 2000
St. Clair Shores, MI 48080
(586) 778-7778

2

hperakis@ihrieobrienlaw.com


/s/ Ronald W. Chapman Sr.
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Attorney for Correct Care Solutions Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com